UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN C. COFFER,<br><br>  Plaintiff,<br><br>  v.<br><br>J. PURTLE,<br><br>  Defendant. | Case No. 25-cv-01615-EKL<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. Nos. 3, 7 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding an incident that occurred at California Health Care Facility - Stockton. This facility is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is also incarcerated in the Eastern District. Because the events for this case and defendants are located in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The pending motions (ECF Nos. 3, 7) are VACATED.

**IT IS SO ORDERED.**

Dated: June 16, 2025

Eumi K. Lee
United States District Judge